# AKIN LAW GROUP PLLC

45 BROADWAY
SUITE 1420
NEW YORK, NEW YORK 10006
Tel. (212) 825-1400   Fax. (212) 825-1440

ZAFER A. AKIN
LEOPOLD RAIC
ROBERT D. SALAMAN
-------------------------------------

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/13/2023
```

**MEMO ENDORSED**

April 13, 2023

<u>Via ECF</u>

Honorable Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street, Room 750
New York, NY 10007

Re:   *Xavier Ricketts v. Mingles Express LLC, et al.*
      Case No. 23-CV-762 (PGC) (KHP)
      **<u>Joint Letter Motion to Adjourn April 20, 2023 Initial Conference</u>**

Dear Judge Parker:

Our office represents the Plaintiff in this matter. We write on behalf of all parties to jointly request an adjournment of the Initial Conference currently scheduled for Thursday, April 20, 2023 at 10:45 a.m. to a date and time convenient for the Court in May 2023. This is the parties' first request for an adjournment.

The parties have scheduled a Mediation with Florence Dean on May 1, 2023 and would prefer to conduct the Mediation prior to the Initial Conference and engaging in formal discovery. We thank the Court for its consideration of this request.

Very truly yours,

**Akin Law Group PLLC**

*/s/ Robert D. Salaman*
_____
Robert D. Salaman

cc:   Counsel for Defendants
      (via ECF)

---

**<u>APPLICATION GRANTED:</u>** The Initial Case Management Conference in this matter scheduled for Thursday, April 20, 2023 at 10:45 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled <u>Monday, May 15, 2023 at 11:30 a.m.</u>

APPLICATION GRANTED

*Katharine H. Parker*
Hon. Katharine H. Parker, U.S.M.J.
04/13/2023