**MEMO ENDORSED**

# AKIN LAW GROUP PLLC

45 BROADWAY
SUITE 1420
NEW YORK, NEW YORK 10006
Tel.  (212) 825-1400     Fax.  (212) 825-1440

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/07/2023

ZAFER A. AKIN
LEOPOLD RAIC
ROBERT D. SALAMAN
-------------------------------------

SIMI BHUTANI
-------------------------

May 5, 2023

**Via ECF**

Honorable Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street, Room 750
New York, NY 10007

> **APPLICATION GRANTED:** The Initial Case Management Conference in this matter scheduled for Monday, May 15, 2023 at 11:30 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled <u>Tuesday, July 18, 2023 at 10:30 a.m.</u>
>
> **APPLICATION GRANTED**
>
> *Katharine H. Parker*
>
> Hon. Katharine H. Parker, U.S.M.J.
>
> 05/07/2023

Re:    *Xavier Ricketts v. Mingles Express LLC, et al.*
        Case No. 23-CV-762 (PGC) (KHP)
        **Joint Letter Motion to Adjourn May 15, 2023 Initial Conference**

Dear Judge Parker:

Our office represents the Plaintiff in this matter.  <u>We write on behalf of all parties to jointly request an adjournment of the Initial Conference currently scheduled for Monday, May 15, 2023 at 11:30 a.m. to a date and time convenient for the Court in June 2023.  This is the parties' second request for an adjournment.</u>

The parties participated in a Mediation with Florence Dean on May 1, 2023 and while a settlement was not reached, progress was made.  The parties will be exchanging additional documents over the next two weeks and are scheduled to have a follow-up call with the mediator during the week of May 15, 2023 to determine whether a second mediation session would be productive.  <u>The parties would prefer to engage in further settlement discussions and perhaps a second mediation session prior to the Initial Conference and engaging in formal discovery.</u>  We thank the Court for its consideration of this request.

Very truly yours,

**Akin Law Group PLLC**

*/s/ Robert D. Salaman*
_____
Robert D. Salaman

cc:    Counsel for Defendants
        (via ECF)