# AKIN LAW GROUP PLLC

45 BROADWAY
SUITE 1420
NEW YORK, NEW YORK 10006
Tel. (212) 825-1400    Fax. (212) 825-1440

ZAFER A. AKIN
LEOPOLD RAIC
ROBERT D. SALAMAN
-------------------------------------

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/11/2023

July 11, 2023

**Via ECF**

Honorable Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street, Room 750
New York, NY 10007

**APPLICATION GRANTED**

*/s/ Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

07/11/2023

    **Re:** *Xavier Ricketts v. Mingles Express LLC, et al.*
           Case No. 23-CV-762 (PGC) (KHP)

Dear Judge Parker:

    Our office represents the Plaintiff in this matter. We write on behalf of all parties to inform the Court that the parties reached a settlement following a second mediation session with Florence Dean on June 22, 2023. The parties are in the process of drafting the settlement paperwork. Accordingly, we respectfully request that the Initial Conference scheduled for Tuesday, July 18, 2023 at 10:30 a.m. be adjourned *sine die*.

    We thank the Court for its continued time and attention to this matter.

                                       Very truly yours,

                                       **Akin Law Group PLLC**

                                       */s/ Robert D. Salaman*
                                       _____
                                       Robert D. Salaman

cc:    Counsel for Defendants
       (via ECF)