UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

XAVIER RICKETTS,

                Plaintiff,

-against-

MINGLES EXPRESS LLC d/b/a Mingles Express Grill,
FUSION OF FOODS NY Corp. d/b/a Mingles
Ultra Lounge, RACQUEL HAYNES and
ERROL BROWN,

                Defendants.
---------------------------------------------------------------X

Case No. 23-CV-762 (PGG) (KHP)

~~XXXXXXX~~ JUDGMENT
PURSUANT TO F.R.C.P.
RULE 68

WHEREAS, on August 2̶3̶, 2023, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Mingles Express LLC d/b/a Mingles Express Grill, Fusion of Foods NY Corp. d/b/a Mingles Ultra Lounge, Racquel Haynes and Errol Brown ("collectively, "Defendants") extended to Plaintiff Xavier Ricketts, an offer of judgment against them, in the amount of Twenty One Thousand Dollars and Zero Cents ($21,000.00), inclusive of all costs and fees, including all attorneys' fees;

WHEREAS, on August 4, 2023, Plaintiff accepted Defendants' Offer of Judgment;

IT IS ORDERED, ADJUDGED, AND DECREED, that judgment is entered in favor of Plaintiff and against Defendants in the amount of Twenty One Thousand Dollars and Zero Cents ($21,000.00).

Dated: New York, New York
      August 30, 2023

The Clerk of Court is directed to close the case.

SO ORDERED.

*Paul G. Gardephe*

Paul G. Gardephe
United States District Judge